|  |  |
|---|---|
| **To:** | The Honorable Frank D. Whitney |
|  | Chief U.S. District Court Judge |
| **From:** | Michael M. Bonelli |
|  | Senior U.S. Probation Officer |
| **Subject:** | **Dejuan Walker** |
|  | Case Number: 0419 3:05CR00097- 002 |
|  | **REQUEST TO DESTROY SEIZED PROPERTY** |
| **Date:** | 12/8/2015 |



NORTH CAROLINA WESTERN
MEMORANDUM

On 06/17/2008, the defendant was sentenced pursuant to a conviction for 21 U.S.C. 841(a)(1), 851 and 18 U.S.C. 2, Possession With Intent to Distribute Cocaine Base and Aiding and Abetting Same and 18 U.S.C. 924(c)(1) and 2, Using and Carrying a Firearm in Furtherance of a Drug Trafficking Crime and Aiding and Abetting Same. He was ordered to serve One hundred and eighty-eight months on Count 2 and sixty months on Count 3 to run consecutive, for a total term of two hundred and forty eight months imprisonment. Upon release, the defendant was ordered to serve a term of ten years on count 2, and five years on count 3 to run concurrent.

The defendant's term of supervised release commenced on 05/15/2014. The following property was seized from the defendant during his supervision term: 1) Green Leafy Material (suspected marijuana). His term of supervised release was revoked on 02/24/2015, and he was ordered to serve 14 months imprisonment to be followed by a 46-month term of supervised release. It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7644, should you have any questions.

THE COURT ORDERS:

☒ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant

Signed: December 7, 2015

Frank D. Whitney
Chief United States District Judge